IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE COMPANY, *Plaintiff,* v. MRH CONTRACTOR, INC., *Defendant.* | CIVIL ACTION NO. 23-1567 |

## ORDER

**AND NOW**, this 22nd day of August, 2024, upon consideration of Hartford Casualty Insurance Company's Motion for Entry of Default Judgment, (ECF No. 12), it is hereby **ORDERED** that judgment is hereby entered in favor of Hartford Casualty Insurance Company and against MRH Contractor, Inc., in the amount of $77,442.71.

The Clerk of Court is directed to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J